UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Alcott HR Group LLC,

                      Plaintiff,

v.                                                    1:20-cv-00180

Edwin Gozdziak, as Administrator of the
Estate of George Gozdziak, and
Michelle L. Emser,

                      Defendants.

---

## **ENTRY OF DEFAULT**

It appearing that the complaint was filed in this case on February 10, 2020; that the summons and complaint were duly served upon the defendant, Edwin Gozdziak, as Administrator of the Estate of George Gozdziak, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant, Edwin Gozdziak, as Administrator of the Estate of George Gozdziak, as provided Rule 55(a), Federal Rules of Civil Procedure.

                                                                    Mary C. Loewenguth, Clerk of Court

September 4, 2020                            By  s/Lisa M. Duque
                                                                        Deputy Clerk

21226896.1