UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Alcott HR Group LLC,

                        Plaintiff,                  **AFFIRMATION**

v.                                                      1:20-cv-00180

Edwin Gozdziak, as Administrator of the
Estate of George Gozdziak, and
Michelle L. Emser,

                        Defendants.

---

        Michael E. Ferdman, affirms under penalty of perjury:

        1.        I am a partner with the firm of Barclay Damon, attorneys for Alcott HR Group LLC, Plaintiff in this interpleader action.

        2.        I submit this affirmation in support of Plaintiff's motion for a default judgment against defendant Edwin Gozdziak as Administrator of the Estate of George Gozdziak ("Gozdziak").

        3.        Attached as Exhibit A is the clerk's entry of default against Gozdziak.

        4.        Plaintiff commenced this interpleader action because both Gozdziak and co-defendant Michelle Emser ("Emser") made competing claims for the proceeds of George Gozdziak's multi-employer, fully vested, retirement plan account (the "Proceeds").

        5.        Unlike Gozdziak, Emser served and filed an answer to Plaintiff's interpleader complaint. (Docket entry #7).

        6.        Plaintiff also seeks an order of this court that directs Plaintiff to pay over the Proceeds to Emser.

21230660.1

7. Plaintiff also seeks an order of this court awarding Alcott $5,000 in legal fees and costs and directing Alcott to retain $5,000 of the Proceeds for its legal fees and costs and to release the balance of the Proceeds to defendant Emser. Attached as Exhibit B is a stipulation between the attorneys for Emser and Alcott allowing $5,000 to be deducted from the Proceeds for Alcott's legal fees.

DATED: September 8, 2020

                                               */s/Michael E. Ferdman*
                                               Michael E. Ferdman